UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                        Plaintiffs,

            v.                                      No. 25-cv-4199

UNITED STATES DEPARTMENT OF JUSTICE,

                        Defendant.

---

## STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        May 19, 2025

*/s/ David E. McCraw*
David E. McCraw
Timothy Tai
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Fascimile: (212) 556-4634
Email: mccraw@nytimes.com
Email: timothy.tai@nytimes.com

*Counsel for Plaintiffs*