AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The New York Times Company and Charlie Savage ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Civ. 4199 (CM) |
| U.S. Department of Justice ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant U.S. Department of Justice.

Date: 06/06/2025

/s/ Tomoko Onozawa
*Attorney's signature*

Tomoko Onozawa
*Printed name and bar number*
U.S. Attorney's Office-SDNY
86 Chambers Street, 3rd Floor
New York, New York 10007

*Address*

tomoko.onozawa@usdoj.gov
*E-mail address*

(212) 637-2721
*Telephone number*

(212) 637-2750
*FAX number*